**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Royston Joshua Karl Osbourne,<br>Petitioner<br>v.<br>TODD BLANCHE, et al.,<br>Respondents. | Case No. 2:26-cv-02605-APG-NJK<br>**Order Dismissing and Closing Duplicative Proceeding** |

Petitioner Royston Joshua Karl Osbourne, an immigration detainee who is challenging his ongoing federal detention at Henderson Detention Center, has filed a *pro se* petition for federal habeas corpus relief under 28 U.S.C. § 2241. ECF No. 1-1. On April 23, 2026, Petitioner filed another habeas proceeding by submitting a substantially similar § 2241 petition challenging his immigration detention. *See Osbourne v. ICE*, Case No. 2:26-cv-01267-CDS-MDC. Because the petition in this case is substantially identical to that filed in the 01267 case, I find this is an independent basis to dismiss this case without prejudice and without leave to amend. *Cf. Cato v. United States*, 70 F.3d 1103, 1105 n.2 (9th Cir. 1995) (explaining that district courts are empowered to dismiss a civil complaint that merely repeats pending or previously litigated claims).

I THEREFORE ORDER that Royston Joshua Karl Osbourne's duplicate habeas proceeding is **DISMISSED without prejudice** to his ability to pursue relief in his earlier filed habeas proceeding styled *Osbourne v. ICE*, Case No. 2:26-cv-01267-CDS-MDC, and his petition **(ECF No. 1-1) is DENIED**.

/ / / /

The Clerk of Court is further directed to close this case. No other documents may be filed in this now-closed case.

Dated: August 20, 2026

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE